IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00206-7F

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DOLLY WADSWORTH EVANS | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement entered into by the defendant, Dolly Wadsworth Evans, on May 11, 2015, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

Approximately 1 acre tract of real property, with all improvements thereto, located in Johnston County, North Carolina, and more fully described in a deed recorded in Deed Book 4114, pages 865-866 of the Johnston County Registry, being titled in the names of Mary Wadsworth and Dolly Evans and having the street address of 3165 Grabtown Road, Smithfield, North Carolina.

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement, as to the defendant, Dolly Wadsworth Evans, the United States is hereby authorized to seize the above-stated property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

    2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the section of the Judgment, as required by Fed. R. Crim. P.

    3.    That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

2

4. That upon adjudication of all third party interests Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This _17_ day of _August_, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge

3