IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-206-7F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER APPROVING SETTLEMENT** |
| | ) | **AGREEMENT** |
| DOLLY WADSWORTH EVANS | ) | |

It appearing to the Court that the parties to this action, the United States and part owner of the subject real property, Mary W. Wadsworth, by and through her counsel, Steve Petersen, have agreed to a settlement of this matter as evidenced by a Settlement Agreement filed herein, and that such Settlement Agreement is acceptable to the Court, it is, therefore,

ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that the United States will accept a payment from Mary W. Wadsworth, in the amount of $25,000.00 made payable to "The United States Department of Justice" in lieu of forfeiture of the subject real property. The $25,000.00 is forfeited to

-1-

the United States and is to be disposed of by the United States according to law.

SO ORDERED this 20th day of May, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge