IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00206-F-7
No. 5:16-CV-00904-F

| | |
|---|---|
| DOLLY WADSWORTH EVANS,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | ORDER |

The motion [DE-323] Dolly Wadsworth Evans filed pursuant to 28 U.S.C. § 2255, received on November 10, 2016, does not substantially follow the form appended to the Rules Governing Section 2255 Proceedings, and therefore, it is not in compliance with Rule 2(c) of the Rules Governing Section 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the current form (1/15) to Evans. Evans must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by Evans, such as an attorney, may sign it) and file the original with the Clerk of this court.

**Evans is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the completed § 2255 form to the following[1]:
Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

SO ORDERED.

This  17 day of November, 2016

                                *James C. Fox*
                                JAMES C. FOX
                                Senior United States District Judge