IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00206-F-7
No. 5:16-CV-00904-F

| | |
|---|---|
| DOLLY WADSWORTH EVANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings or make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

SO ORDERED.

This _8_ day of December, 2016.

_/s/ James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE